**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| DANIEL BIRD, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYNOSURE, INC., MICHAEL R. DAVIN, WILLIAM O. FLANNERY, BRIAN M. BAREFOOT, ETTORE V. BIAGIONI, MARINA HATSOPOULOS, and THOMAS H. ROBINSON,<br><br>Defendants. | Case No. 1:17-cv-00212-SLR<br><br>**NOTICE WITHDRAWING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND OF DISMISSAL** |

Notice is hereby given that Plaintiff hereby withdraws his motion for preliminary injunction. Further, notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: March 5, 2017

**FARUQI & FARUQI, LLP**

By: */s/ James R. Banko*
James R. Banko (#4518)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel: (302) 482-3182
Email: jbanko@faruqilaw.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 601-2610
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 5, 2017.

*/s/ James R. Banko*
James R. Banko (#4518)